CATHERINE SHEEHAN, Respondent, v. NORTH COUNTRY COMMUNITY HOSPITAL, Appellant, and FRED C. BUHLER, Defendant. EDWIN F. SHEEHAN, Respondent, v. NORTH COUNTRY COMMUNITY HOSPITAL, Appellant, and FRED C. BUHLER, Defendant.—Appeal by defendant North Country Community Hospital from two judgments of the County Court of Nassau county, entered January 21, 1936, on the verdict of a jury, one in favor of plaintiff Catherine Sheehan for $858.70 for personal injuries, and one in favor of her husband, Edwin F. Sheehan, for $458.70, for personal injuries and loss of services and expenses. There is also an appeal from an order denying a motion to set aside the verdict, but no such order is in the record. The plaintiff wife had been a patient at the hospital. She had been discharged, and while being transported to her home in the hospital's ambulance, for which a fee of ten dollars had been paid, she sustained injuries as a result of the ambulance colliding with an automobile owned and operated by defendant Buhler. On the trial the individual defendant was exonerated. Judgments of the County Court of Nassau county affirmed, with costs. No opinion. Appeal from order dismissed. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Johnston and Adel, JJ., concur as to the dismissal of the appeal from the order, but dissent and vote to reverse the judgments and to dismiss the complaints, with the following memorandum: When plaintiffs accepted the service of the ambulance to transport them from the hospital to their home, they were the beneficiaries of the defendant's charity even though a fee was paid for the use of the ambulance. Under these circumstances the defendant, a charitable institution, is not liable for the neglect of its servant. (*Hordern v. Salvation Army*, 199 N. Y. 233; *Van Ingen v. Jewish Hospital of Brooklyn*, 99 Misc. 655; affd., 182 App. Div. 10; affd., 227 N. Y. 665.)

FREDERICK J. SULLIVAN, Appellant, v. EDWARD W. SULLIVAN, Respondent, and Others, Defendants.— In an action to foreclose a mortgage, order granting summary judgment dismissing the complaint under rule 113 of the Rules of Civil Practice and the judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

TEN FORTY-FIVE MAIN STREET CORPORATION, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, INC., Respondent.—Action by the owner to recover the value of a garage which was destroyed by fire because of the alleged negligence of the defendant tenant. Plaintiff appeals from a judgment entered in favor of the defendant upon the verdict of a jury. Judgment reversed on the law and a new trial granted, costs to abide the event, for the error in the admission of the testimony relative to the interests of plaintiff's attorney in the litigation, received at folio 890. Lazansky, P. J., Young and Taylor, JJ., concur; Hagarty, J., dissents and votes to affirm pursuant to the provisions of section 106 of the Civil Practice Act, being of opinion that the error was harmless; Carswell, J., not voting.